**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF NEW JERSEY

Case number *(if known)* _____    Chapter    **11**

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    **04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Interaqt Corporation** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | **DBA  Colotraq** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **13-4075464** |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business**<br><br>**2 Millpond Court**<br>**Randolph, NJ 07869**<br>Number, Street, City, State & ZIP Code<br><br>**Morris**<br>County | **Mailing address, if different from principal place of business**<br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.colotraq.com** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

| Debtor | **Interaqt Corporation** | Case number (*if known*) | |
| | Name | | |

**7.** **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

   ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

   ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

---

| Debtor | **Interaqt Corporation** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | Relationship | |
|---|---|---|---|---|
| Debtor | | | | |
| District | | When | Case number, if known | |

**11. Why is the case filed in *this district?***

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

Contact name _____

Phone _____

███ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☒ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

☒ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Debtor   **Interaqt Corporation**                                                  Case number (*if known*)
_____
Name

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ☐ $10,000,001 - $50  million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor   **Interaqt Corporation**                                                    Case number (*if known*)
         Name

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May  1, 2026**
              MM / DD / YYYY

**X** **/s/ Dany Bouchedid**                                    **Dany Bouchedid**
Signature of authorized representative of debtor               Printed name

Title   **Chief Executive Officer**

**18. Signature of attorney**

**X** **/s/ Anthony J. Davis**                      Date   **May  1, 2026**
Signature of attorney for debtor                           MM / DD / YYYY

**Anthony J. Davis**
Printed name

**OGC Solutions LLP**
Firm name

**1 Gatehall Drive**
**Suite 100**
**Parsippany, NJ 07054**
Number, Street, City, State & ZIP Code

Contact phone   **201-712-1616**        Email address   **adavis@ogcsolutions.com**

**033811992 NJ**
Bar number and State

**United States Bankruptcy Court**
**District of New Jersey**

In re   **Interaqt Corporation**                                        Case No.

_____
Debtor(s)                          Chapter   **11**   _____

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Executive Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is

true and correct to the best of my knowledge.

Date:   **May  1, 2026** _____          **/s/ Dany Bouchedid** _____
**Dany Bouchedid**/**Chief Executive Officer**
Signer/Title

Acabado
940 Hancock Avenue, #3
West Hollywood, CA 90069


American Express
P.O. Box 1270
Newark, NJ 07101-1270


AppDirect
650 California Street, 25th Floor
San Francisco, CA 94108


AppDirect, Inc.
Attn: Legal Department/Accounts Receivab
650 California Street, 12th Floor
San Francisco, CA 94108


Avant
2 N. Riverside Plaza, Suite 2450
Chicago, IL 60606


AVANT Communications, LLC
d/b/a Avant Communications
Attn: Legal Department/Finance
2 N. Riverside Plaza, Suite 2450
Chicago, IL 60606


BayFirst National Bank
Attn: Loan Operations/Special Assets
700 Central Avenue
Saint Petersburg, FL 33701


CADA Connect
8330 Rustic Woods Way
Loomis, CA 95650


Charles Schwab & Co., Inc.
P.O. Box 982603
El Paso, TX 79998-2603


Councill, Gunnemann & Chally, LLC
Attn: Jon Chally, Esq.
75 14th Street, NE, Suite 2475
Atlanta, GA 30309

Cresa Global
1676 International Dr., Suite 400
Mc Lean, VA 22102


Cushman & Wakefield
51 W 52nd Street
New York, NY 10104


Dany Bouchedid
c/o Interaqt Corporation
2 Millpond Court
Randolph, NJ 07869


Eternity Networks LLC
3 Woodside Drive
Boonton, NJ 07005


FLYING ACE INC
1630 Kings Down Circle
Dunwoody, GA 30338


Hooked Communications
446 Sausalito Blvd
Sausalito, CA 94965


Infrastructure Guides
7365 Clubhouse Dr
Yorkville, IL 60560


Interactive Telecom Solutions
12 Route 17, Suite 120
Paramus, NJ 07652


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Internal Revenue Service
955 S. Springfield Ave.
Springfield, NJ 07081

ION Computer
30 Oser Avenue
Hauppauge, NY 11788


J & A Resiliency Partners
112 Micki Drive
Morganville, NJ 07751


James A. Caporrino, Esq.
Park & Caporrino, LLP
130 Fort Lee Road
Leonia, NJ 07605


JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218-2051


LAM Technology
100 North Forest Park Blvd, #210
Fort Worth, TX 76102


Lou Peccoralo
14789 Canton Court
Naples, FL 34114


Michael Moskowitz, CPA
401 Hackensack Avenue, 4th Floor
Hackensack, NJ 07601


Monograhm
305 Weed St
New Canaan, CT 06840


Neil S. Ende
Managing Partner
Technology Law Group LLC
5335 Wisconsin Ave NW #440
Washington, DC 20015


New Jersey Attorney General Office
Division of Law
Richard J. Hughes Justice Complex
25 Market Street, P.O. Box 112
Trenton, NJ 08625-0112

Nice Touch
41 Union Square W, Suite 830
New York, NY 10003


One Source
1655 E Arlington Blvd
Greenville, NC 27858


Pashman Stein Walder Hayden P.C.
Attn: Deanna L. Koestel, Esq.
21 Main Street, Suite 200
Hackensack, NJ 07601


Proactive Risk
290 W. Mt Pleasant Ave, Suite 11309
Livingston, NJ 07039


Quality Technology Services, LLC
12851 Foster Street
Overland Park, KS 66213


QuoteColo
66 Livingston Drive
Plymouth, MA 02360


RAD-INFO Inc
2006 W SITKA ST
Tampa, FL 33604


RM Networks LLC
PO Box 1202
Melville, NY 11747


SHI
290 Davidson Avenue
Somerset, NJ 08873


Sky Enterprises
10543 3300 Rd
Hotchkiss, CO 81419

SMI Corporation
101 Crawford Corner Road
Holmdel, NJ 07733


State of New Jersey-Division of Taxation
Compliance & Enforcement-Bankruptcy Unit
50 Barrack Street, 9th Floor
P.O. Box 245
Trenton, NJ 08695


Telarus
45 W Sego Lily Drive, Suite 220
Sandy, UT 84070


Telarus, LLC
Attn: Legal Department/Accounting
6965 Union Park Center, Suite 400
Midvale, UT 84047


The Hartford
Business Service Center
3600 Wiseman Blvd
San Antonio, TX 78251


Tier 4 Advisors
310 Maxwell Road, #400
Alpharetta, GA 30009


U.S. Department of Justice
Civil Division
950 Pennsylvania Avenue, NW
Washington, DC 20530


U.S. Small Business Administration
Disaster Assistance Processing &
Distribution Center
14925 Kingsport Road
Fort Worth, TX 76155


United States Attorney
Peter Rodino Federal Building
970 Broad Street, Ste. 700
Newark, NJ 07102

United States Attorney
District of New Jersey
970 Broad Street, Suite 700
Newark, NJ 07102


United States Attorney General
Department of Justice
Ben Franklin Station
P.O. Box 683
Washington, DC 20044


Upstack
7 World Trade Center
250 Greenwich Street
New York, NY 10007


Your Phone Company
18331 Pines Blvd, #154
Hollywood, FL 33029

# United States Bankruptcy Court
### District of New Jersey

| | |
|---|---|
| In re   **Interaqt Corporation** | Case No. |
| Debtor(s) | Chapter   **11** |

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Interaqt Corporation**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **May  1, 2026** | **/s/ Anthony J. Davis** |
| Date | **Anthony J. Davis** |
| | Signature of Attorney or Litigant |
| | Counsel for   **Interaqt Corporation** |
| | **OGC Solutions LLP** |
| | **1 Gatehall Drive** |
| | **Suite 100** |
| | **Parsippany, NJ 07054** |
| | **201-712-1616 Fax:201-712-9444** |
| | **adavis@ogcsolutions.com** |

**United States Bankruptcy Court**
**District of New Jersey**

In re    **Interaqt Corporation**

Debtor(s)

Case No.

Chapter    **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Dany Bouchedid**, declare under penalty of perjury that I am the **Chief Executive Officer** of **Interaqt Corporation**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the **30th** day of **April**, 20**26**.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Dany Bouchedid**, **Chief Executive Officer** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Dany Bouchedid**, **Chief Executive Officer** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Dany Bouchedid**, **Chief Executive Officer** of this Corporation is authorized and directed to employ **Anthony J. Davis**, attorney and the law firm of **OGC Solutions LLP** to represent the corporation in such bankruptcy case."

Date    **May  1, 2026**

Signed    **/s/ Dany Bouchedid**
**Dany Bouchedid**

Resolution of Board of Directors
of
Interaqt Corporation

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Dany Bouchedid, President and CEO of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Dany Bouchedid, President and CEO of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Dany Bouchedid, Presdient and CEO of this Corporation is authorized and directed to employ the law firm of OGC Solutions LLP to represent the corporation in such bankruptcy case.

Date ___4/30/26___     Signed _____
                                    Dany Bouchedid, President and CEO

Date ___4/30/26___     Signed _____
                                    Lou Peccoralo